In the Matter of the Application of ROBERT HAMBURGER, Appellant, for a Writ of Mandamus against THE BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF NEW YORK, Respondent.

*Matter of Hamburger* v. *Board of Estimate,* 109 App. Div. 427, appeal dismissed.

(Submitted March 2, 1906; decided March 20, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 29, 1905, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to fix the salary of the relator and denied said motion.

*Joseph I. Berry* and *Henry K. Davis* for appellant.

*John J. Delany, Corporation Counsel (Theodore Connoly* and *Charles A. O'Neil* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.